# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUPE ZAMORA, | ) NO. EDCV 17-0502-KS |
| Plaintiff, | ) |
| v. | ) JUDGMENT |
| | ) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |
| _____ | ) |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed, and the above-captioned action is remanded for further proceedings consistent with the provisions of the Memorandum Opinion and Order.

DATE: April 9, 2018

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE